*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  January 26, 2017                522828
_____

In the Matter of LATASIO
    CENDALES,
                    Petitioner,

            v                              MEMORANDUM AND JUDGMENT

MICHAEL SHEAHAN, as Warden of
    Southport Correctional
    Facility,
                    Respondent.
_____

Calendar Date:  November 29, 2016

Before:  Peters, P.J., McCarthy, Devine, Clark and Mulvey, JJ.

_____

      Latasio Cendales, Elmira, petitioner pro se.

      Eric T. Schneiderman, Attorney General, Albany (Marcus J. Mastracco of counsel), for respondent.

_____

      Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Chemung County) to review a determination of the Superintendent of Southport Correctional Facility finding petitioner guilty of violating a prison disciplinary rule.

      Petitioner commenced this CPLR article 78 proceeding to challenge a tier II determination finding him guilty of violating a prison disciplinary rule.  The Attorney General has advised this Court that the determination has since been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the mandatory $5 surcharge has been refunded to petitioner's inmate account.  Given that petitioner has received all of the relief to which he is

entitled, the petition must be dismissed as moot (see Matter of Simmons v Kirkpatrick, 142 AD3d 1245, 1245 [2016]).  As the record discloses that petitioner was assessed a $15 reduced filing fee, he is entitled to a refund of that amount (see Matter of Rodriguez v Prack, 142 AD3d 1235, 1235 [2016]).

Peters, P.J., McCarthy, Devine, Clark and Mulvey, JJ., concur.


ADJUDGED that the petition is dismissed, as moot, without costs, but with disbursements in the amount of $15.


ENTER:

Robert D. Mayberger
Clerk of the Court